**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-2251**
_____

In re:  TERRY DOWDELL,

              Petitioner.

_____

On Petition for Writ of Mandamus
(No. 5:14-cv-25032)

_____

Submitted:  February 27, 2015          Decided:  April 2, 2015

_____

Before WILKINSON and HARRIS, Circuit Judges, and DAVIS, Senior
Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Terry Dowdell, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry Dowdell petitions for a writ of mandamus seeking an order requiring resolution of his 28 U.S.C. § 2241 (2012) petition within the time limits of 28 U.S.C. § 2243 (2012). We conclude that Dowdell is not entitled to mandamus relief. Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); United States v. Moussaoui, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988).

Because the relief sought by Dowdell is not clear and indisputable, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED